UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.K., et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>ACALANES UNION HIGH SCHOOL DISTRICT,<br><br>       Defendant. | Case No.  13-cv-02083-JST<br><br>**ORDER TO FILE A STIPULATION OF DISMISSAL** |

The December 20, 2013 minutes of the settlement conference in this case state that this action has settled and that dismissal papers would be filed by the next status date.  See ECF No. 33.  No dismissal papers have been filed, and neither party appeared at the Case Management Conference scheduled for February 5, 2014.  See Civil Minutes, ECF No. 34.

Not later than February 14, 2014, the parties are hereby ORDERED to file either a stipulation of dismissal or a one-page statement explaining why they were unable to file such a stipulation.  Failure to comply with this order will result in sanctions.

The matter is also set for further Case Management Conference on March 12, 2014 at 2:00 p.m.  If the matter has been dismissed before that time, the conference will automatically be vacated.

**IT IS SO ORDERED**.

Dated:  February 6, 2014

_____
JON S. TIGAR
United States District Judge