# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.K., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ACALANES UNION HIGH SCHOOL DISTRICT,<br><br>　　　　　Defendant. | Case No. 13-cv-02083-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 36 |

　　　　The parties have filed a stipulation of dismissal dated February 14, 2014, stating that they have agreed to a settlement of this action. ECF No. 36. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　This action has been dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: February 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge